# United States District Court
## NORTHERN DISTRICT OF WEST VIRGINIA

SEALED

OCT 17 2011
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA

V.

LENA LUNSFORD

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:11mj 45

I, Christopher P. Farrell, a Special Agent with the Federal Bureau of Investigations, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about October 15, 2011, at or near Weston, Lewis County, in the Northern District of West Virginia, the defendant, LENA LUNSFORD, did knowingly transfer benefits of a value of $100 or more but less than $5,000, in any manner contrary to Chapter 51 of Title 7 of the United States Code and the regulations issued pursuant to Chapter 51, to wit: the defendant, LENA LUNSFORD, did knowingly transfer a Supplemental Nutrition Assistance Program (SNAP) Electronic Benefits Transfer (EBT) card issued in her name and Personal Identification Number (PIN) issued to her to a person known to the United States Attorney, in order for that person to use the benefits on defendant LENA LUNSFORD's SNAP EBT card to purchase approximately $114.82 of food in exchange for $50 in United States currency; in violation of Title 7, United States Code, Section 2024(b).

Continued on the attached sheet and made a part hereof. ☐ Yes ☒ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence

October 17, 2011                                at   Clarksburg, WV
Date                                                 City and State

John S. Kaull, United States Magistrate Judge

_____
Name and Title Of Judicial Officer                   Signature of Judicial Officer

N:\SMorgan\Lunsford\criminal complaint 7 USC 2024(b).wpd